**SEALED**  **FILED**

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED JUL - 8 2015 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| SINGLE STORAGE UNIT #585 ) | Case No. |
| LOCATED AT 2033 BROADWAY STREET ) | 2:15 - SW - - 382   CKD |
| VALLEJO, CALIFORNIA 94589 ) | |
| ) | |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Eastern        District of         California
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

YOU ARE COMMANDED to execute this warrant on or before   7/15/2015    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: any authorized U.S. Magistrate Judge in the Eastern District of California.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of

Date and time issued:  7/1/2015 10:45 am          *[signature]*
                                                             Judge's signature

City and state:    Sacramento, California         Carolyn K. Delaney, U.S. Magistrate Judge
                                                             *Printed name and title*

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MA-SC-622627 | 7-1-15 / 12:30 p.m. | IN STORAGE UNIT. |

Inventory made in the presence of: SA DAVE SESMA / SA JASON WALTER

Inventory of the property taken and name of any person(s) seized:

See Attached FD-597 (receipt of property).

Nothing follows Jw

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Jas C. Walter*

Subscribed, sworn to, and returned before me this date.

*Carolyn K. Delaney*          7/8/2015
Signature of Judge                Date

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 7A-SC-6226276

On (date) 7/1/2015  2:20 PM  item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) 2033 Broadway St. Vallejo, CA  #585

(Street Address)

(City)

Description of Item(s):

1) White Sheets
2) Mattress Pad w/ stains
3) Black duct tape
4) Black Duct tape Roll
5) 4 Channel wireless video camera w/ receiver
6) Pliers w/ black duct on handle
7) Indicia Matt Muller
8) Black Drone UAIT R/c, Mini Drone
9) VDF R/C "UFO" Box Containing remote control + Drone
10) Parrot AR Drone 2.0

Nothing further

Received By: No one Available (Signature)

Received From: [signature] (Signature)

Printed Name/Title:

Printed Name/Title: SA David J. Sesma, FBI