1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED

JUL 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA<br><br>SINGLE STORAGE UNIT #585 LOCATED AT 2033 BROADWAY STREET VALLEJO, CALIFORNIA 94589 | CASE NO. 2:15-SW-382-CKD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned proceeding was executed on July 1, 2015. There is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the filings in this case be unsealed.

Dated: July 13, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew Segal
_____
MATTHEW D. SEGAL
Assistant United States Attorney